## Ensell et al. *v.* Atlantic Refining Company, Appellant.

Argued October 19, 1927. Appeal No. 313, October T., 1927, by defendant from judgment of M. C., Philadelphia County, October T., 1925, No. 1085, in the case of Rebecca Ensell and Albert Ensell, her husband, in his own right, v. Atlantic Refining Co. Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ. Affirmed.

OPINION BY CUNNINGHAM, J., March 2, 1928:

In an opinion this day filed at No. 312, October T., 1927, we have stated our reasons for affirming the judgment entered upon the verdict in favor of Rebecca Ensell, the wife of the appellee in this appeal. There

is no complaint about the amount of the verdict in favor of Albert Ensell as it was for the exact amount of the cost of repairing his automobile. With this exception the cases are identical.

Judgment affirmed.